## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**KRISTIAN LEE AULTMAN**                                                      **PETITIONER**

**v.**                                                      **CIVIL NO. 1:25cv203-HSO-ASH**

**TODD STEWART, Sheriff of Stone County, Mississippi**          **RESPONDENT**

### FINAL JUDGMENT

This matter is before the Court sua sponte.  Pursuant to the Order issued

this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that, this case is

dismissed without prejudice for failure to exhaust available state remedies.

**SO ORDERED AND ADJUDGED,** this the 4th day of December, 2025.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE