IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**KRISTIAN LEE AULTMAN**                                                 **PETITIONER**

**v.**                                                           **CIVIL NO. 1:25cv203-HSO-ASH**

**TODD STEWART, Sheriff of Stone County**                    **RESPONDENT**

## CERTIFICATE OF APPEALABILITY

A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the Court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, hereby finds that a Certificate of Appealability should not issue. The applicant has failed to show "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether [this Court] was correct in its procedural ruling." *Slack v. McDaniel,* 529 U.S. 473, 484 (2000).

Date: <u>December 4, 2025</u>                    *s/ Halil Suleyman Ozerden*
                                                HALIL SULEYMAN OZERDEN
                                                CHIEF UNITED STATES DISTRICT JUDGE